# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Frank Gaus, III and Kristi Gaus,
    *Plaintiff(s)*
v.                             Civil Action No. 1:18cv160

McDonough, Bolyard, Peck, Inc.
    *Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☐ Other

This action was:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

decided by Judge Thomas S. Kleeh

The defendants unopposed motion for summary judgment is granted and the plaintiff's action against defendant McDonough, Bolyard, Peck, Inc. is dismissed with prejudice.

Date: October 17, 2022

*CLERK OF COURT*
Cheryl Dean Riley
J. Schoonover, Deputy Clerk

*Signature of Clerk or Deputy Clerk*