# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Frank Gaus, III and Kristi Gaus

*Plaintiff(s)*

v.                                    Civil Action No. 1:18-cv-160 & 1:19-cv-14

EYP Mission Critical Facilities, Inc.

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other: The Court GRANTS the motion for summary judgment and DISMISSES WITH PREJUDICE Plaintiffs' action against EYP Mission Critical Facilities, Inc.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  Thomas S. Kleeh

Date: March 14, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ S. Cole

*Signature of Clerk or Deputy Clerk*