FILED: March 27, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1317 (L)
(1:18-cv-00160-TSK-MJA)
(1:19-cv-00014-TSK)

_____

FRANK GAUS, III; KRISTI GAUS, his wife

    Plaintiffs - Appellants

v.

VERTEX NON-PROFIT HOLDINGS, INC., A Corporation

    Defendant - Appellee

_____

No. 23-1319
(1:18-cv-00160-TSK-MJA)
(1:19-cv-00014-TSK)

_____

FRANK GAUS, III; KRISTI GAUS, his wife

    Plaintiffs - Appellants

v.

EYP MISSION CRITICAL FACILITIES, INC., A Corporation

    Defendant – Appellee

_____

O R D E R

_____

The court consolidates Case No. 23-1319 and Case No. 23-1317(L). Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk